IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RANNY L. JOHNSON,** | ) |
| Petitioner, | ) |
| vs. | ) Civil Action 07-0188-KD-B |
| **JOHN CUMMINGS,** *et al*, | ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 26, 2010, is **ADOPTED** as the opinion of this Court.

**DONE** this March 25, 2010.

                                                s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**